No. 409, Misc., October Term, 1950. TATE *v.* CALIFORNIA ET AL., 341 U. S. 902. Second petition for rehearing denied.

OCTOBER 15, 1951.

No. 147. MUTH *v.* AETNA OIL CO. ET AL.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for the purpose of determining whether there was jurisdiction by virtue of diversity of citizenship. MR. JUSTICE BLACK dissents. *William C. Welborn, Albert Ward, Milford M. Miller* and *Palmer K. Ward* 'for petitioner. *Charles H. Sparrenberger* for respondents.

No. 159. FLORIDA RAILROAD & PUBLIC UTILITIES COMMISSION ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.

*Per Curiam:* The judgment is vacated and the case is remanded to the District Court for further consideration in the light of *Alabama Public Service Comm'n* v. *Southern R. Co.,* 341 U. S. 341. *Lewis W. Petteway* for appellants. *Charles Cook Howell* and *G. L. Reeves* for appellee.